## Richmond

CITY OF NORFOLK v. EDWARD L. OAST, FLOYD E. KELLAM
AND J. JORDAN TEMPLE, JUDGES DESIGNATED AS THE
COURT TO HEAR AND DETERMINE THE ANNEXATION
PROCEEDING OF CITY OF SOUTH NORFOLK
AGAINST NORFOLK COUNTY.

April 28, 1949.

*Williams, Cocke & Tunstall,* for the petitioner.

*James G. Martin, James N. Garrett, Major M. Hillard, A.
O. Lynch, W. R. Ashburn, Paul W. Ackiss, Richard B.
Kellam, Jerry G. Bray, Jr.* and *Tazewell Taylor,* amici
curiae.

This day came again the parties, by counsel, and the court,
having maturely considered the petition of the petitioner,
the briefs of *amici curiae* and arguments of counsel, is of
opinion that the said respondents have jurisdiction to deter-
mine the validity of the ordinance and proceedings in the case
of City of South Norfolk against Norfolk county.

It is therefore considered that the said petition be dis-
missed, and that the respondents recover of the petitioner
their costs by them expended about their defense herein.